IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:22CR95(01)-WHR |
| v. | : | |
| LAMAR WARDELL SWAIN | : | <u>PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM</u> |

-------------------------------

TO THE MONTGOMERY COUNTY JAIL, DAYTON, OHIO;
TO THE UNITED STATES MARSHAL FOR THE SOUTHERN DISTRICT OF OHIO;
AND TO ANY OTHER AUTHORIZED LAW ENFORCEMENT OFFICER:

Petitioner, the United States of America, by the United States Attorney for the Southern District of Ohio, respectfully represents that **LAMAR WARDELL SWAIN**, defendant in this cause, is detained in the MONTGOMERY COUNTY JAIL, DAYTON, OHIO.

Petitioner further represents that the above-styled case has been set for an initial appearance before Magistrate Judge Chelsey M. Vascura in the United States Magistrate Court for the Southern District of Ohio, at Dayton.

WHEREFORE, Petitioner prays that a Writ of Habeas Corpus Ad Prosequendum be issued to the United States Marshal for the Southern District of Ohio and to any other authorized law enforcement officer to bring the person of the above-named defendant before Magistrate Judge Chelsey M. Vascura of the United States Magistrate Court for the Southern District of Ohio, at Dayton, on the 31st day of August, 2022 at 2:45 p.m. for the purpose of the proceedings stated above.

Respectfully submitted,

KENNETH L. PARKER
United States Attorney


 s/Brent G. Tabacchi
 BRENT G. TABACCHI (IL 6276029)
Assistant U.S. Attorney