UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

**United States of America**

**-vs-**                                       Case No. 3:22-cr-95(1)

**Lamar Wardell Swain**

## COURTROOM MINUTES

| JUDGE: | Chelsey M. Vascura | DATE AND TIME: | 8/31/2022 at 3:15pm |
|---|---|---|---|
| DEPUTY CLERK: | Allie Moran | COUNSEL FOR GOVT: | Brent Tabacchi |
| RECORD: | CourtSmart | COUNSEL FOR DEFT(S). | Tom Anderson |
| INTERPRETER: |  | Pretrial/Probation | Katie Snodgrass |

Initial Appearance

-Dft appeared and was advised of rights, charges, and potential penalties
-Financial Affidavit submitted – Federal Public Defender Art Mullins appointed.
- Detention Hearing set for 9/6/2022 at 10am before Judge Silvain
-Dft remanded to the custody of the United States Marshal Service