AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

United States of America
v.
LAMAR WARDELL SWAIN et al.

*Defendant*

Case No.

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* LAMAR WARDELL SWAIN,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

See Attachment A

Date: 8/23/22

*Issuing officer's signature*

City and state: Dayton, Ohio

Michael J. Newman, United States District Court Judge
*Printed name and title*

### Return

| This warrant was received on *(date)* 08/23/22, and the person was arrested on *(date)* 08/30/22 at *(city and state)* Dayton, OH. |

Date: 08/30/22

*Fredrick D. Zoll*
*Arresting officer's signature*

TFO Fredrick D. Zoller
*Printed name and title*