IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:22cr95 |
| v. | : | Judge Walter H. Rice |
| LAMAR WARDELL SWAIN | : | |
| Defendant. | : | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE UNITED STATES MARSHAL FOR THE SOUTHERN DISTRICT OF OHIO:
TO THE WARDEN MONTGOMERY COUNTY JAIL, DAYTON, OHIO:
AND TO ANY OTHER AUTHORIZED LAW ENFORCEMENT OFFICER:

We command you, that you have the person of **LAMAR WARDELL SWAIN**, the defendant in the above noted case, in **MONTGOMERY COUNTY JAIL, DAYTON, OHIO**, under safe and secure conduct, before Judge Walter H. Rice for the Southern District of Ohio, for Plea Hearing on September 27, 2022 at 9:30 a.m., at the United States District Court, 200 West Second Street, Courtroom #1, Dayton, Ohio.

We further command you, that said **LAMAR WARDELL SWAIN** is to remain within said District pending further order of this Court, and then that you return him to the **MONTGOMERY COUNTY JAIL, DAYTON, OHIO**, under safe and secure conduct, and have you then and there this Writ.

Certified copy of this Writ shall be authority for the United States Marshal and any other authorized law enforcement officer to act in the premises.

September 21, 2022

/s/ Walter H. Rice (tp)
WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT

**RTUX**
(Return Unexecuted)
Date: 26th Day of September, 20 22
Explanation: Inmate has been turned over to federal custody as of 9/26/2022
By: _____ Kaylin Atkinson for SDUSM Stengel
Signature of Officer